LARRY C. DRAPKIN (SBN 98771)
lcd@msk.com
WADE B. GENTZ (SBN 249793)
wbg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Defendants Neptune Management Corp., Neptune Society Of America, Inc., Trident Society, Inc., and The Neptune Society, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. SCHAUER, an individual, and ROSEMARY GALINDO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NEPTUNE MANAGEMENT CORP., a California corporation, NEPTUNE SOCIETY OF AMERICA, INC., a California corporation, TRIDENT SOCIETY, INC., a California corporation, THE NEPTUNE SOCIETY, INC., a Florida corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. SACV 09-01409-CJC (ANx)<br><br>The Honorable Cormac J. Carney<br><br>**[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE** |

1   Based on the Stipulation To Dismiss This Action With Prejudice entered
2   into between Plaintiffs John C. Schauer and Rosemary Galindo (collectively
3   "Plaintiffs") and Defendants The Neptune Society, Inc., Neptune Management
4   Corp., Neptune Society Of America, Inc., and Trident Society, Inc. (collectively,
5   "Defendants"), and which was filed on March 18, 2010, the Court hereby
6   dismisses the above-entitled action in its entirety with prejudice.  Each party shall
7   bear his or its own costs and attorneys' fees.

9   IT IS SO ORDERED.

12   Dated:  March 19, 2010

_____
The Honorable Cormac J. Carney
United States District Judge

1